

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
JUN 2 5 2010

CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 08-40173 |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | ORDER |
| | * | |
| THOMAS R. KELLEY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Court has received an oral request from the presentence Probation Officer for additional time to prepare the presentence report, which would result in a continuance of the sentencing date. The Court ha been advised that neither counsel have an objection to the extension. Accordingly,

IT IS ORDERED:

1.     That the sentencing of Thomas R. Kelley is continued and will be held on Monday, August 23, 2010, at 9:00 A.M., in Sioux Falls, South Dakota.

2.     That the presentence report will be made available to counsel and the Defendant on or before July 19, 2010.

3.     That if counsel for the Government or for the Defendant has any objections to the presentence report, a written statement of objections shall be submitted to the probation officer by the close of business on August 2, 2010.

4.     That if the parties file a sentencing memorandum or similar document, it must be filed by the Monday before the sentencing date, and a copy provided to the Probation Office.

Dated this 25th day of June, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
DEPUTY