

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,                    CR08-40173

      Plaintiff,

Vs.

                      **DECLARATION OF STATE OF ARREST**
THOMAS R. KELLEY,                    **MOTION FOR JUDGMENT**
                      **OF DISMISSAL JURY VERDICT**
      Defendant.                    **NOT WITH STANDING**

---

      Comes now Thomas R. Kelley, one of the sovereign powers on the land at

24883 Highway 81, near Salem, South Dakota, and one of the Republics in the

United States of America, the represented accused here in this case, and require an

order for Judgment of Dismissal - Jury Verdict Not With Standing, or an order for

a new trial that will include the full Declaration of the claim, with all the laws

applied in this case, with all of the clear and precise Territorial Application of the

law, or order a Mistrial and Dismissal of all claims, all on grounds that the Jury

was not fully informed of all of the required facts and was not instructed in the full

law of the case, the proper and full Territorial Application of the laws used in

prosecution and in trial; thereby the instructions were incomplete, improper, pre-

judicial, injurious, and caused mistrial and a state of void and a state in arrest.

      The **MEMORANDUM IN SUPPORT OF DECLARATION OF STATE**

**OF ARREST** is fully referenced and incorporated here.

      Dated this _16_ day of August 2010.

_Thomas R. Kelley_
Thomas R. Kelley
C/o 24883 Highway 81 Salem, South Dakota 57058

CERTIFICATE OF MAILING

This is to certify that original is filed with the Clerk, for the record, and a true and correct copy of **DECLARATION OF STATE OF ARREST MOTION FOR JUDGMENT OF DISMISSAL JURY VERDICT NOT WITH STANDING** and **ORDER OF DISCHARGE OF ATTORNEY AND VOLUNTARY FILING OF DECLARATION AND MOTION** is sent by first class mail, postage prepaid, to:

Assistant US Attorney                    Attorney Clint Sargent
US Attorney Office                        MEIERHENRY SARGENT LLP
PO Box 2638                               315 South Phillips Ave.
Sioux Falls, SD 57101-2638      Sioux Falls, SD 57104

on this _16_ day of August 2010.

*Thomas R. Kelley*