UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
AUG 18 2010
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Vs.<br><br>THOMAS R. KELLEY<br><br>Defendant. | CR08-40173<br><br><br><br>**JUDICIAL NOTICE OF<br>CHANGE OF STATUS** |

    Comes now Thomas R. Kelley as a Private Person on the land and Notices this Court of his Change of Status as a Secured Party for THOMAS R. KELLEY. (Declaration of Status attached as exhibit 'A')

    Federal Rules state that a Judicial Notice can be brought at any time, therefore the claim or presumption that I Thomas R. Kelley, am a DEBTOR to the "UNITED STATES" or any of its agencies or sub-corporations is forever rebutted by the attached contract.

Dated this 18th day of August 2010.

L.S.: _Thomas R. Kelley (AR)_
Thomas R. Kelley, Secured Party Creditor

CERTIFICATE OF DELIVERY

    This is to certify that a true and correct copy of the JUDICIAL NOTICE OF STATUS was hand delivered to:

Assistant U S Attorney Kevin Koliner      Clerk of Court
P O Box 2638      400 South Phillips Avenue
Sioux Falls, SD 57101-2638      Sioux Falls, S.D. 57104 and
     A copy was left with the Clerk for
     Judge Piersol

Dated this____of August, 2010
                                      L.S.: _Thomas R Kelley (AR)_
                                          Thomas R. Kelley, Secured Party Creditor